# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**SEALED**

United States of America
v.

DAMON SMITH a/k/a Dumm
*Defendant*

Case No. 1:15-mj-468 -04

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **DAMON SMITH**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Count One - conspiracy to distribute controlled substances, including 100 grams or more of a substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 841 and 846.

Date: July 14, 2015

*Issuing officer's signature*

City and state: Indianapolis, Indiana

Denise K. LaRue, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/22/15, and the person was arrested on *(date)* 7/22/15
at *(city and state)* Indianapolis, IN

Date: 7/22/15

*Arresting officer's signature*

William Kulfers, DUSM
*Printed name and title*