UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:15-mj-0468 |
| | ) | |
| DAMON SMITH, | ) | - 04 |
|     Defendant. | ) | |

## MINUTE ENTRY
### For July 28, 2015

Parties appear for a preliminary hearing. Defendant appeared in person and by appointed counsel, James Edgar. Government represented by AUSA Michelle Brady.

Preliminary hearing held.

Testimony proffered.

Court finds probable cause.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the Court.

Dated: July 29, 2015

                                        Debra McVicker Lynch
                                        United States Magistrate Judge
                                        Southern District of Indiana

Distribution to counsel via electronic notification.